## IN RE JASON S.

The defendant's petition for certification for appeal from the Appellate Court, 117 Conn. App. 582 (AC 29565), is denied.

*Annacarina Jacob*, senior assistant public defender, in support of the petition.

*Ronald G. Weller*, senior assistant state's attorney, in opposition.

Decided December 1, 2009

## MARVIN J. TAYLOR *v.* ELINOR J. TAYLOR

The plaintiff's petition for certification for appeal from the Appellate Court, 117 Conn. App. 229 (AC 29590), is denied.

VERTEFEUILLE and McLACHLAN, Js., did not participate in the consideration of or decision on this petition.

*Thomas M. Shanley*, in support of the petition.

*Jeffrey A. Blueweiss*, in opposition.

Decided December 1, 2009